Brooks *v.* Vreeland.

THE NATIONAL SHOE AND LEATHER BANK OF THE CITY OF NEW YORK, appellant,

*v.*

JACOB S. AUGUST et al., respondents.

On appeal from a decree advised by Vice-Chancellor Pitney; whose opinion is reported in *National Shoe and Leather Bank* v. *August, 9 Dick. Ch. Rep. 182.*

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, COLLINS, DEPUE, DIXON, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, VAN SYCKEL, BOGERT, DAYTON, HENDRICKSON, NIXON—13.

*For reversal*—None.

———

JULIA G. BROOKS et al., appellants,

*v.*

ALBERT J. VREELAND, administrator of Albert Ackerman, deceased, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Brooks* v. *Kip, 9 Dick. Ch. Rep. 462.*

PER CURIAM.

Decree affirmed, for the reasons given by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, COLLINS, DIXON, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, VAN SYCKEL, BOGERT, DAYTON, HENDRICKSON, NIXON—12.

*For reversal*—None.